A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2011 JAN 13  A 11: 41

BY DEPUTY CLERK

MR. Bacardney George

477439
Inmate (DOC) number

_____

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Sheriff Louis Ackal

Detective Jeffery L. Matthews

_____

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for **each** defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.   Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )  No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit
       Plaintiff(s): _____
       _____

       Defendant(s): _____
       _____

    2. Court (if federal court, name the district; if state court, name the parish):
    _____
    _____

    3. Docket number: _____

    4. Name of judge to whom case was assigned: _____
    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it pending?): _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or failure to state a claim for which relief can be granted?
   Yes ( )   No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____

II. Place of confinement: _Angola LA, 70712 Louisiana State Penitentiary_

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____

2. What steps did you take? _____

3. What was the results? _____

D. If your answer is No, explain why not: _This complaint has nothing to do with this Institution._

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) MR. Bacarlney Wayne George SR.
   Address Camp J. Shark 1-R #3 L.S.P Angola La, 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Jeffery L. Matthews is employed as Crime Scene Investigator at New Iberia Sheriffs office

C. Additional Defendants: Sheriff Louis Ackal with the New Iberia Parish Sheriffs office. Iberia Parish Sheriffs office, 300 Iberia St. Suite 120 New Iberia, La 70560

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 12, 2007 Detective Jeffery L. Matthews with the New Iberia Parish Sheriffs office used illegal procedures by performing DNA Blood swabs on a concrete block with the victims Blood on it located at New Iberia City Park, he said he performed DNA Blood swabs allegedly found in my vehicle located at marks towing secure storage. Detective matthews never submitted the vehicle its self to the crime lab for DNA analysis he only submitted blood DNA cotton swabs which was performed by him that he sent to the crime lab for DNA analysis. The swabs of the victims Blood allegedly found in my vehicle are the exact same swabs from the

Concrete Block with the victims Blood on it. This is illegal PROCEDURES. The victims Blood was not found in my vehicle, Detective Matthews never qualified at Trial as a forensic expert August 13, 2008. I can prove all of my allegations.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. I would like the Court to pay me $1,000 an hour starting from april 12, 2007, when Detective Matthews used illegal PROCEDURES until I get Released from this 2nd Degree attempted Murder Conviction. That's $24,000 a day starting from april 12, 2007.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _3rd_ day of _January_, 201_1_.

_Bacardney George_
Signature of Plaintiff(s)



Mr. Broadnax Jeacp Do# 477439
Louisiana State Penitentiary
Angola, La., 70712

Clerk of the United States District Court for the Middle
District of Louisiana, 777 Florida Street, Suite 139,
Baton Rouge, La., 70801-1712.



AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF LOUISIANA

Bracardney George, SR
(Plaintiff)

SUMMONS IN A CIVIL CASE

Case Number:

VERSUS

TO: Sheriff Louis Ackal, Et At., Detective Jeffery L. Matthews;
Sheriff's Office 300 Iberia Street, Suite 120, New Iberia, LA 70560
(Defendants)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bracardney George, SR (Plaintiff)
Louisiana State Prison
Angola, LA 70712

an answer to the complaint which is herewith served upon you, within __60 (sixty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of Court within a reasonable period of time after service.

_____          _____
CLERK                                DATE


_____
(BY) DEPUTY CLERK


AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) BacARdney George SR. | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon defendant. Placed where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discression then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICE | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          *Bacardney George Sr.*
                *Date*          *Signature of Server*

                                   _____
                                   *Address of Server*

---

1 As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.