RECEIVED

APR - 7 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| BACARDNEY GEORGE<br>LA. DOC # 477439<br>VS. | CIVIL ACTION NO. 6:11-cv-0123<br><br>SECTION P<br><br>JUDGE DOHERTY |
| SHERIFF LOUIS ACKAL AND<br>DETECTIVE JEFFERY L. MATTHEWS | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(I).

THUS DONE AND SIGNED, in chambers, Lafayette,  Louisiana,  on this ___7___ day of ____April____ , 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE